NOTE: CHANGES MADE BY THE COURT

FILED
CLERK, U.S. DISTRICT COURT
JAN 23, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BANK OF AMERICA, NA<br><br>    Plaintiff<br><br>      vs.<br><br>CCDM, LLC; KENNETH ANTOS aka KEN ANTOS; CHRISTOPHER COMFORT, DDS aka CHRISTOPHER J. COMFORT; CHRISTOPHER J. COMFORT DDS, PC; COMFORT CARE DENTISTRY, PLLC; DR. COMFORT DENTAL CORP. PC; COMFORT CARE DENTISTRY, LLC; TRAVIS KIRKLAND; KIRKLAND DENTAL CORP., PC; T. KIRKLAND, DDS, PC; and, DOES 1 through 100, inclusive,<br><br>    Defendants | CASE NO.: **5:15-cv-00251-VAP-DTB**<br><br>(Complaint filed: 2/9/2015)<br><br>[*The Honorable Virginia A. Phillips*]<br><br>~~[PROPOSED]~~ JUDGMENT |
|---|---|

## ~~[PROPOSED]~~ JUDGMENT

In its July 22, 2019 Order Granting Plaintiff Bank of America's Motion for a Court Order Enforcing the Settlement Agreement, (Doc. No. 51), the Court ordered that:

The Plaintiff, Bank of America, NA, recover from the Defendants,

CCDM, LLC and Kenneth Antos; the following:

1. Total Principal amount of $553,315.64; and
2. Total Attorneys Fees and costs of $2,945.00.

Accordingly, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, Bank of America, NA, against Defendants, CCDM, LLC and Kenneth Antos. Pursuant to this Judgment, Defendants CCDM, LLC and Kenneth Antos shall pay Plaintiff the total principal amount of $553,315.64 plus attorneys' fees and costs in the amount of of $2,945.00.

Date: January 23, 2020

_____
Hon. Virginia A. Phillips